July 28, 2015



## JUDGMENT

# The Fourteenth Court of Appeals

EUGENE JENKINS, Appellant

NO. 14-15-00409-CV                    V.

FORT BEND COUNTY DISTRICT ATTORNEY, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on November 17, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Eugene Jenkins.

We further order this decision certified below for observance.